FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 12 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HIBBLER,<br>#87220<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | 3:11-cv-00067-LRH-VPC<br><br>**ORDER** |

On April 7, 2011, this court dismissed plaintiff's complaint and granted him leave to file an amended complaint as to certain claims (docket #9). On May 6, 2011, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (docket #13). His appeal was dismissed for lack of jurisdiction on June 28, 2011 (docket #18). Accordingly, plaintiff has thirty (30) days from the date of entry of this Order to file his amended complaint, if he chooses to file one, in conformance with this court's Order of April 7, 2011.

**IT IS THEREFORE ORDERED** that plaintiff has thirty days (30) from the date of this Order to file his amended complaint, if he chooses to file one, in conformance with this court's Screening Order of April 7, 2011 (docket #9).

1    **IT IS FURTHER ORDERED** that plaintiff is expressly warned that failure to file an
2  amended complaint will result in the dismissal of this entire action.

5  DATED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE