UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HIBBLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et. al.*,<br><br>　　　　Defendants. | 3:11-cv-00067-LRH-VPC<br><br>**MINUTES OF THE COURT**<br><br>April 19, 2013 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　LISA MANN　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is defendant Rexwinkle's "motion to strike plaintiff's response to defendant's reply in support of motion to dismiss" (#74).[1] Plaintiff did not file an opposition. Defendant Rexwinkle asks the court to strike plaintiff's response ("sur-reply") (#73) to defendant's reply in support of her unenumerated 12(b) motion to dismiss, or in the alternative, motion for summary judgment (#56) on the grounds that this document does not comport with Local Rule ("LR") 7-2.

　　LR 7-2 provides for the filing of a motion, an opposition, and a reply. Defendant Rexwinkle is correct that LR 7-2 does not provide for the filing of a sur-reply or supplemental brief, and plaintiff did not seek leave of the court to do so. However, the court notes that plaintiff is a *pro se* litigant who did not file a reply to his own motion for summary judgment (#55). Accordingly, the court will exercise its discretion and consider plaintiff's sur-reply (#73) in the resolution of this matter. *See Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (district court possesses inherent authority over the administration of its business).

---

[1] Refers to the court's docket numbers.

1

Defendant Rexwinkle's motion to strike (#74) is hereby **DENIED**.  The court will consider plaintiff's sur-reply (#73).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
             Deputy Clerk